UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH COLLINS and TIFFANY MASON, individually, and on behalf of others similarly situated, | 24-cv-00465 (MKV) |
| Plaintiffs, | |
| -against- | **[PROPOSED] JUDGMENT** |
| HF MANAGEMENT SERVICES, LLC, d/b/a HEALTHFIRST, a limited liability company, | |
| Defendant. | |

Plaintiffs and Defendant, by their attorneys, having consented to entry of Judgment without trial or adjudication of any issue of fact or law herein, for settlement purposes only, and without this Judgment constituting any evidence against or an admission by Defendant with respect to any such issue,

**Now, therefore, it is hereby ordered, adjudged and decreed that:**

Judgment be entered in favor of Plaintiffs and against Defendant in the total amount of Twenty Thousand and 00/100th dollars, inclusive of Plaintiffs' costs, disbursements and attorneys' fees, as set forth in the accepted offer of judgment (ECF Dkt. No. 19).

Dated: _____, 2024                    _____