USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/20/2024___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEITH COLLINS and TIFFANY MASON,
individually, and on behalf of others similarly
situated,

               Plaintiffs,

          -against-

HF MANAGEMENT SERVICES, LLC, d/b/a
HEALTHFIRST, a limited liability company,

           Defendant.

24-cv-00465 (MKV)

**RULE 68 JUDGMENT**

Plaintiffs and Defendant, by their attorneys, having consented to entry of Judgment without trial or adjudication of any issue of fact or law herein, for settlement purposes only, and without this Judgment constituting any evidence against or an admission by Defendant with respect to any such issue,

     **Now, therefore, it is hereby ordered, adjudged and decreed that:**

Judgment be entered in favor of Plaintiffs and against Defendant in the total amount of Twenty Thousand and 00/100th dollars, inclusive of Plaintiffs' costs, disbursements and attorneys' fees, as set forth in the accepted offer of judgment (ECF Dkt. No. 19).

Dated:  __Feb. 20__, 2024

                                      Mary Kay Vyskocil
                                       Mary Kay Vyskocil, U.S.D.J.

The Clerk of Court respectfully is requested to terminate all pending motions and close this case.